JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

SIR CAESAR LA TOUR II, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ALDI FOODS, INC., an Illinois Corporation; ALDI, INC., a Delaware Corporation; ALDI EXPRESS, a Delaware Corporation; and DOES 1-50, inclusive,

Defendants.

**Case No.: 2:26-cv-08737-JFW-MBKx**

**ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**IT IS ORDERED THAT:**

The Plaintiff's Voluntary Dismissal pursuant to FRCP 41(a)(1)(A)(ii) is GRANTED. The case is hereby dismissed in its entirety without prejudice, with each party bearing their own attorney's fees and costs.

Dated: September 21, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE